Edward R. Nelson III (*Admitted Pro Hac Vice*)
Texas Bar No. 00797142
Christopher G. Granaghan (*Admitted Pro Hac Vice*)
Texas Bar No. 24078585
ed@nelbum.com
chris@nelbum.com
NELSON BUMGARDNER CONROY P.C.
3131 West Seventh Street, Suite 300
Fort Worth, Texas 76107
Telephone: (817) 377-9111
Facsimile: (817) 377-3485

Ryan E. Hatch
California Bar No. 235577
ryan@hatchlaw.com
HATCH LAW PC
13323 Washington Blvd., Suite 302
Los Angeles, CA 90066
Telephone: (310) 279-5076

Attorneys for Plaintiff
FIRSTFACE CO., LTD.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FIRSTFACE CO., LTD.,<br><br>　　　Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>　　　Defendant. | CASE NO. 3:18-cv-02245-JD<br><br>**DECLARATION OF C. AUSTIN GINNINGS IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>DATE: March 30, 2023<br>TIME: 10:00 a.m.<br>PLACE: Courtroom 11<br>JUDGE: Hon. James Donato |

Pursuant to 28 U.S.C. § 1746, I, C. Austin Ginnings, declare as follows:

1. My name is C. Austin Ginnings. I am an attorney at the law firm of Nelson Bumgardner Conroy P.C., attorneys for Plaintiff Firstface Co., Ltd. ("Firstface") in the above-styled action.

2. I submit this declaration in support of Plaintiff's Motion for Partial Summary Judgment ("the Motion"). I have personal knowledge of the facts and statements herein. I am competent to testify to the matters stated in this declaration, and each of the facts and statements set forth below is true and correct.

3. Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. 8,331,557.

4. Attached hereto as Exhibit 2 is a true and correct copy of U.S. Patent No. 9,633,373.

5. Attached hereto as Exhibit 3 is a true and correct copy of U.S. Patent No. 9,779,419.

6. Attached hereto as Exhibit 4 is a true and correct copy of a certified translation of Korean Patent Application No. 2011-0106839.

7. Attached hereto as Exhibit 5 is a true and correct copy of excerpts of Apple's Supplemental Objections and Responses to Firstface's Fourth Set of Interrogatories (No. 14).

8. Attached hereto as Exhibit 6 is a true and correct copy of excerpts of the Rebuttal Expert Report of Andy Cockburn Regarding Non-Infringement.

9. Attached hereto as Exhibit 7 is an excerpt of an Apple iPad User Guide produced by Apple in this case as APL-FF_00035255 and APL-FF_00035262 – APL-FF_00035264.

10. Attached hereto as Exhibit 8 is an excerpt of the Apple User Guide for iPadOS 15 from Apple's website related to the iPad (7th generation) produced by Firstface in this case as FF2245_00043954 – FF2245_00043955.

11.     Attached hereto as Exhibit 9 is an excerpt of the Apple User Guide from iPadOS 15 from Apple's website related to the iPad (8th generation) produced by Firstface in this case as FF2245_00043956 – FF2245_00043957.

12.     Attached hereto as Exhibit 10 is an excerpt of the Apple User Guide for iPadOS 15 from Apple's website related to the iPad (9th generation) produced by Firstface in this case as FF2245_00043958 – FF2245_00043959.

13.     Attached hereto as Exhibit 11 is an excerpt of the iPad User Guide for iOS 10 from Apple's website related to the iPad Pro, iPad 5th generation, and iPad mini 4 produced by Firstface in this case as FF2245_00043972 – FF2245_00043979.

14.     Attached hereto as Exhibit 12 is an excerpt of the iPad User Guide for iOS 11 from Apple's website related to the iPad Pro produced by Firstface in this case as FF2245_00043983 – FF2245_00043984.

15.     Attached hereto as Exhibit 13 is an excerpt of the iPhone User Guide for iOS 11 from Apple's website related to the iPhone 7 produced by Firstface as FF2245_00043985.

16.     Attached hereto as Exhibit 14 is an excerpt of the iPhone User Guide for iOS 11 from Apple's website related to the iPhone 7 Plus produced by Firstface in this case as FF2245_00043986.

17.     Attached hereto as Exhibit 15 is an excerpt of the iPhone User Guide for iOS 15 from Apple's website produced in this case by Firstface as FF2245_00043995 – FF2245_00043996.

18.     Attached hereto as Exhibit 16 is an excerpt of the iPhone User Guide for iOS 11 from Apple's website related to the iPhone SE and iPhone 5S produced in this case by Firstface as FF2245_00043997.

19.     Attached hereto as Exhibit 17 is an excerpt of the iPhone User Guide for iOS 11 from Apple's website related to the iPhone 6 and iPhone 6S produced in this case by Firstface as FF2245_00044160.

20. Attached hereto as Exhibit 18 is an excerpt of the iPhone User Guide for iOS 11 from Apple's website related to the iPhone 6S Plus and iPhone 6 Plus produced in this case by Firstface as FF2245_00044161.

21. Attached hereto as Exhibit 19 is an excerpt of the iPhone User Guide for iOS 11 from Apple's website related to the iPhone 8 produced in this case by Firstface as FF2245_00044162.

22. Attached hereto as Exhibit 20 is an excerpt of the iPhone User Guide for iOS 11 from Apple's website related to the iPhone 8 Plus produced in this case by Firstface as FF2245_00044163.

23. Attached hereto as Exhibit 21 is an excerpt of the iPhone User Guide for iOS 11 from Apple's website produced in this case by Firstface as FF2245_00044224 – FF2245_00044225.

24. Attached hereto as Exhibit 22 is an excerpt of the iPad User Guide for iOS 12 from Apple's website produced in this case by Firstface as FF2245_00044226 – FF2245_00044227

25. Attached hereto as Exhibit 23 is an excerpt of the iPadOS 13 User Guide from Apple's website produced in this case by Firstface as FF2245_00044228 – FF2245_00044229.

26. Attached hereto as Exhibit 24 is an excerpt of the iPad User Guide for iOS 10 from Apple's website produced in this case by Firstface as FF2245_00044254.

27. Attached hereto as Exhibit 25 is an excerpt of the iPhone User Guide for iOS 10 from Apple's website produced in this case by Firstface as FF2245_00044256 – FF2245_00044257.

28. Attached hereto as Exhibit 26 is an excerpt of the iPhone User Guide for iOS 8 from Apple's website produced in this case by Firstface as FF2245_00044258.

29. Attached hereto as Exhibit 27 is an excerpt of the iPhone User Guide for iOS 9 from Apple's website produced in this case by Firstface as FF2245_00044259.

30. Attached hereto as Exhibit 28 is an excerpt of the iPadOS 15 User Guide from Apple's website produced in this case by Firstface as FF2245_00044281 – FF2245_00044282.

31. Attached hereto as Exhibit 29 is an excerpt of the iPhone User Guide for iOS 15 from Apple's website produced in this case by Firstface as FF2245_00044283 – FF2245_00044284.

32. Attached hereto as Exhibit 30 is an excerpt of the iPadOS 14 User Guide from Apple's website produced in this case by Firstface as FF2245_00044654 – FF2245_00044655

33. Attached hereto as Exhibit 31 is an excerpt of the iPhone User Guide for iOS 12 from Apple's website produced in this case by Firstface as FF245_00044656 – FF2245_00044657.

34. Attached hereto as Exhibit 32 is an excerpt of the iPhone User Guide for iOS 13 from Apple's website produced in this case by Firstface as FF2245_00044658 – FF2245_00044659.

35. Attached hereto as Exhibit 33 is an excerpt of the iPhone User Guide for iOS 14 from Apple's website produced in this case by Firstface as FF2245_00044660 – FF2245_00044661.

36. Attached hereto as Exhibit 34 is an excerpt of the iPad User Guide for iOS 9 from Apple's website produced in this case by Firstface as FF2245_00044678.

37. Attached hereto as Exhibit 35 is an excerpt of the iPad User Guide for iOS 11 from Apple's website produced in this case by Firstface as FF2245_00044732.

38. Attached hereto as Exhibit 36 is a excerpt of Firstface's Supplemental Second Amended Disclosure of Asserted Claims and Infringement Contentions.

39. Attached hereto as Exhibit 37 is a true and correct copy of Apple's Petition for *Inter Partes* Review in IPR2019-00613, relating to the '373 patent.

40. Attached hereto as Exhibit 38 is a true and correct copy of Apple's Petition for *Inter Partes* Review in IPR2019-00614, relating to the '419 patent.

41. Attached hereto as Exhibit 39 is a true and correct copy of the PTAB's Final Written Decision on Apple's Petition for *Inter Partes* Review in IPR2019-00613, relating to the '373 patent.

42. Attached hereto as Exhibit 40 is a true and correct copy of the PTAB's Final Written Decision on Apple's Petition for *Inter Partes* Review in IPR2019-00614, relating to the '419 patent.

43. Attached hereto as Exhibit 41 is a true and correct copy of excerpts of the deposition transcript of Dr. Andy Cockburn in this case.

44. Attached hereto as Exhibit 42 is a true and correct copy of excerpts of the Opening Expert Report of Andy Cockburn.

45. Attached hereto as Exhibit 43 is a true and correct copy of excerpts of the deposition transcript of Mr. Jae Lark Jung.

46. Attached hereto as Exhibit 44 is a true and correct copy of an Apple press release concerning the iPhone 5S.

47. Attached hereto as Exhibit 45 is a true and correct copy of the iOS 3.1 User Guide that Apple submitted as Exhibit 1007 in IPR2019-00613.

48. Attached hereto as Exhibit 46 is a true and correct copy of excerpts of the deposition transcript of Michael Corrigan.

49. Attached hereto as Exhibit 47 is a true and correct copy of the Motorola Atrix 4G User Guide, which is Apple's Deposition Exhibit 40.

50. Attached hereto as Exhibit 48 is a true and correct copy of Apple's Third Amended Initial Disclosures.  This document identifies Mr. Petr Kostka and Mr. Dale Setlak.  Apple never made Mr. Kostka or Mr. Setlak available for deposition, nor did Apple take their depositions itself.

51. Attached hereto as Exhibit 49 is a true and correct copy of excerpts of the deposition transcript of Steven Hotelling.

52. Attached hereto as Exhibit 50 is a true and correct copy of an email from Timothy Grochocinski (counsel for Firstface) to counsel for Apple.

53. Attached hereto as Exhibit 51 is a true and correct copy of excerpts of Firstface's Objections and Responses to Apple's Third Set of Interrogatories.

54. Attached hereto as Exhibit 52 is a true and correct copy of an email exchange between myself and Nicholas Fung (counsel for Apple).

55. Attached hereto as Exhibit 53 is a true and correct copy of an August 2010 Apple "Request for Proposal" document.

56. Attached hereto as Exhibit 54 is a true and correct copy of an Apple internal presentation from May 2009.

57. Attached hereto as Exhibit 55 is a true and correct copy of an Apple internal presentation from March 2012.

58. Attached hereto as Exhibit 56 is a true and correct copy of U.S. Provisional Application No. 61/623,941.

59. Attached hereto as Exhibit 57 is an excerpt of the Apple User Guide from iPad iOS 11 from Apple's website related to the iPad (6th generation), iPad (5th generation), and iPad Air 2 produced by Firstface in this case as FF2245_00043952 – FF2245_00043953.

60. Attached hereto as Exhibit 58 is a copy of the technical specifications for the iPad Air (3rd generation) from Apple's website produced by Firstface in this case as FF2245_00045381 – FF2245_00045386.

61. Attached hereto as Exhibit 59 is a copy of the technical specifications for the iPad mini (5th generation) from Apple's website produced by Firstface in this case as FF2245_00045416 – FF2245_00045422.

62. Attached hereto as Exhibit 60 is a copy of the technical specifications for the iPhone 6s from Apple's website produced by Firstface in this case as FF2245_45570 – FF2245_00045576.

1       I declare under penalty of perjury that the foregoing is true and correct.

3  Dated: January 6, 2023                        */s/ C. Austin Ginnings*